IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:07cr175 WHB-JCS

HUBERT L. YOUNG  18 U.S.C. § 1344
a/k/a Pete Young, and  42 U.S.C. § 408(a)(7)(B)
and REBECCA LYNN CALDWELL
a/k/a Rebecca Lynn Logan
a/k/a Rebecca Todd
a/k/a Lynn Logan
a/k/a Rebecca Cowan
a/k/a Rebecca Caldwell
a/k/a Lynn Caldwell



ORDER AMENDING CRIMINAL INDICTMENT

THIS CAUSE having come on before the Court on motion of the Government to amend Count 2 the criminal indictment to correct a scrivener's error to reflect citation of Section 408(a)(7)(B) as part of Title 42, of the United States Code in accordance with the face of the indictment, and being fully advised in the premises, finds that said motion is well-taken and the same should be and is hereby granted. It is therefore,

ORDERED AND ADJUDGED that the criminal indictment in this cause is hereby amended to reflect the citation of Section 408(a)(7)(B) as part of Title 42, of the United States Code.

SO ORDERED AND ADJUDGED this the ___ day of December, 2007.

UNITED STATES MAGISTRATE JUDGE