**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                              **CRIMINAL NO. 3:07–CR–175WHB–JCS**

**HUBERT L. YOUNG**
**AND REBECCA LYNN CALDWELL**

**O R D E R**

This matter having come before the Court on the motion of the United States of America to transfer this cause for plea and sentencing to United States District Court Judge Daniel P. Jordan, III. The Court having considered the Motion, finds that it will be in the interest of judicial efficiency for this case to be reassigned to Judge Daniel P. Jordan, III, and that the Motion is well taken and should be granted

IT IS THEREFORE ORDERED that this case is hereby reassigned to Judge Daniel P. Jordan, III for all purposes.

SO ORDERED this the 22nd day of January, 2008.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE